An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

LONNIE CHANEY,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63607

**FILED**

AUG 0 1 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _R. Milnie_
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal from "the final judgment [of] the order entered denying time credit serve[d] . . . on 25[th] day of June 2013." Eighth Judicial District Court, Clark County; James M. Bixler, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, the district court docket and minute entries, indicate that no oral ruling was made nor any written order entered resolving appellant's motion. Rather, it appears from the minute entry for June 25, 2013, that the court removed appellant's motion from its calendar to allow counsel to review the record and determine "if there is an error with the credit for time served." Therefore, we conclude we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____ J.
Parraguirre

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

13-22650

cc:    Hon. James M. Bixler, District Judge
Lonnie Chaney
Gwynne R. Dumbrigue
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk